THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE AMERICAN BOARD OF ANESTHESIOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAY P. LIAO, M.D., <br><br> Defendant. | Case No. C07-1458 RSM <br><br> **CONSENT ORDER FOR JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff, the American Board of Anesthesiology, Inc., and Defendant, Ray P. Laio, M.D., by and through their counsel of record, hereby consent to the entry of judgment in favor of the plaintiff and of the following permanent injunction.

DATED this <u>13th</u> day of December, 2007.

| | |
|---|---|
| **CONSENTED TO:** | **CONSENTED TO:** |
| CORR CRONIN MICHAELSON BAUMGARDNER & PREECE LLP | SALTER JOYCE ZIKER, PLLC |
| s/ Michael A. Moore <br> Michael A. Moore, WSBA No. 27047 <br> Attorneys for Plaintiff The American Board of Anesthesiology, Inc. | s/ Andrew H. Salter <br> Andrew H. Salter, WSBA No. 11954 <br> Salter Joyce Ziker, PLLC <br> Attorneys for Defendant Ray P. Liao, M.D. |

CONSENT ORDER FOR JUDGMENT AND PERMANENT INJUNCTION – 1
Case No. C07-1458 RSM

SALTER JOYCE ZIKER, PLLC
1601 Fifth Avenue, Suite 2040
Seattle, Washington 98101
Tel: 206-957-5960 / Fax: 206-957-5961

1   Plaintiff, the American Board of Anesthesiology, Inc., and Defendant, Ray P. Laio,
2 M.D., having consented to the entry of judgment in favor of the plaintiff and of the following
3 permanent injunction, it is hereby:

4   ORDERED, that the Defendant Ray P. Liao, M.D., his partners, officers, agents,
5 representatives, servants, employees, attorneys, and all other persons or entities acting on or
6 in active concert or participation with him who receive actual notice of this order by
7 personal service or otherwise, are hereby RESTRAINED AND ENJOINED from
8 contributing to, causing or abetting any of the following actions:

(a) Directly or indirectly using or infringing upon the Plaintiff's certification marks identified in the Verified Complaint; and

(b) Engaging in any acts or activities directly or indirectly calculated to trade upon the Plaintiff's certification marks, or the reputation and goodwill of the Plaintiff, or which in any manner competes unfairly with the Plaintiff; and

(c) Making any representation, including any use of brochures, letterhead, business cards, curriculum vitae or other written information indicating or implying that the Defendant is certified by the Plaintiff or is a Diplomate of the American Board of Anesthesiology unless and until the Defendant hereafter properly and lawfully becomes certified as a Diplomate by the Plaintiff by taking and passing all oral and written examinations and meeting all other criteria necessary for certification.

DATED:  December 17, 2007.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

CORR CRONIN MICHAELSON
BAUMGARDNER & PREECE LLP

s/ Michael A. Moore
Michael A. Moore, WSBA No. 27047
Attorneys for Plaintiff The American Board of Anesthesiology, Inc.

CONSENT ORDER FOR JUDGMENT AND PERMANENT INJUNCTION – 2
Case No. C07-1458 RSM

SALTER JOYCE ZIKER, PLLC
1601 Fifth Avenue, Suite 2040
Seattle, Washington 98101
Tel: 206-957-5960 / Fax: 206-957-5961

1  Of Counsel:
2  Charles L. Howard
   Lee A. Duval
3  Shipman & Goodwin LLP
   One Constitution Plaza
4  Hartford, CT  06103
   Telephone: (860) 251-5000
5  Facsimile:  (860) 251-5319
   E-mail: choward@goodwin.com
6  E-mail: lduval@goodwin.com

7
   SALTER JOYCE ZIKER, PLLC
8

9  s/ Andrew H. Salter
   Andrew H. Salter, WSBA No. 11954
10 Salter Joyce Ziker, PLLC
   1601 Fifth Avenue, Suite 2040
11 Seattle, Washington  98101
   Telephone: (206) 957-5960
12 Facsimile: (205) 957-5961
   E-mail: asalter@sjzlaw.com
13 Attorneys for Defendant Ray P. Liao, M.D.

14

15

16

17

18

19

20

21

22

23

24

CONSENT ORDER FOR JUDGMENT AND PERMANENT
INJUNCTION – 3
Case No. C07-1458 RSM

SALTER JOYCE ZIKER, PLLC
1601 Fifth Avenue, Suite 2040
Seattle, Washington 98101
Tel: 206-957-5960 / Fax: 206-957-5961